# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Friot, Stephen P. | 2. Court or Organization<br><br>District Court - Western District of Oklahoma | 3. Date of Report<br><br>07/07/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 200 N.W. 4th St.<br>Oklahoma City, OK 73102 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Troop Committee, Troop 4, Last Frontier Council, Boy Scouts of America |
| 2. Director and Member of the Executive Committee | Last Frontier Council, Inc., Boy Scouts of America |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 07/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Saratov State Law Academy | Mar 29-Apr 7, 2019 | Saratov, Russian Federation | Guest lecturer | Transportation, meals, lodging |
| 2. | Pericles Law Center | May 11-28, 2019 | Moscow, Russian Federation | Guest lecturer | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 07/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. BANCFIRST (cash) (X) | A | Interest | J | T | | | | | |
| 3. MIDFIRST BANK (cash) | A | Interest | L | T | | | | | |
| 4. CAN IMP BANK OF COMMERCE (cash) | A | Interest | L | T | | | | | |
| 5. T-C S&P 500 IND-RTMT | C | Dividend | M | T | Sold (part) | 11/01/19 | J | | |
| 6. 403(b) TIAA RETIREMENT VARIABLE ANNUITY (H) | | | | | | | | | |
| 7. CREF STOCK R1 | A | Interest | M | T | Sold (part) | 11/01/19 | J | | |
| 8. TIAA SUPPLEMENTAL RET VARIABLE ANNUITY (H) | | | | | | | | | |
| 9. TIAA TRADITIONAL (cash) | A | Interest | K | T | | | | | |
| 10. CREF STOCK R1 | | None | L | T | Sold (part) | 11/01/19 | J | | |
| 11. CREF MONEY MARKET R1 | D | Interest | J | T | | | | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. TIAA-CREF TRUST CO (cash) | A | Interest | K | T | | | | | |
| 14. ARTISAN MIDCAP VALUE (APDQX) | A | Dividend | K | T | Buy (add'l) | 11/25/19 | J | | |
| 15. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | K | T | Sold (part) | 02/04/19 | J | | |
| 16. ISHARES RUSSELL 2000 VALUE ETF (IWN) | A | Dividend | K | T | Sold (part) | 02/22/19 | J | | |
| 17. | | | | | Buy (add'l) | 08/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  ISHARES RUSSELL MIDCAP GRWTH ETF (IWP) | A | Dividend | L | T | | | | | |
| 19.  ISHARES BARCLAYS TIPS BOND ETF (TIP) | | None | | | Sold | 02/22/19 | J | | |
| 20.  VANGUARD GROWTH INDEX FUND (VIGAX) | C | Dividend | N | T | Sold (part) | 02/04/19 | J | | |
| 21.  VANGUARD MID CAP VALUE INDEX (VOE) | B | Dividend | L | T | | | | | |
| 22.  VANGUARD SMALL CAP INDEX (VSMAX) | A | Dividend | | | Sold | 08/20/19 | K | D | |
| 23.  VANGUARD VALUE INDEX FUND (VVIAX) | D | Dividend | M | T | Sold (part) | 02/04/19 | J | | |
| 24.  AMER FUNDS EUROPAC GROW F3 (FEUPX) | B | Dividend | M | T | | | | | |
| 25.  DFA EMERGING MARKETS VALUE (DFEVX) | B | Dividend | L | T | Buy (add'l) | 05/14/19 | J | | |
| 26. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 27. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 28. | | | | | Buy (add'l) | 08/20/19 | K | | |
| 29.  DFA INT'L SMALL CAP VALUE (DISVX) | B | Dividend | K | T | Buy (add'l) | 02/22/19 | K | | |
| 30.  TIAA-CREF INTL EQUITY FD I (TIIEX) | B | Dividend | M | T | | | | | |
| 31.  FIDELITY NEW MARKETS INC (FGZMX) | A | Dividend | | | Sold | 08/20/19 | J | | |
| 32.  PIMCO EMERGING LOCAL BOND (PELBX) | A | Dividend | J | T | Buy (add'l) | 10/01/19 | J | | |
| 33. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 34.  DELAWARE DIVERSIFIED INCOME (DPFFX) | B | Dividend | | | Buy (add'l) | 02/26/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 36. | | | | | Sold | 07/17/19 | M | | |
| 37. FEDERATED TOTAL RETURN (FTRBX) | B | Dividend | | | Sold (part) | 02/04/19 | J | | |
| 38. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 39. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 40. | | | | | Sold | 07/17/19 | M | | |
| 41. TIAA-CREF HIGH YIELD FUND (TIHYX) | A | Dividend | | | Sold | 08/20/19 | K | | |
| 42. BAIRD CORE PLUS BOND FUND (BCOIX) | B | Dividend | M | T | Buy | 07/17/19 | M | | |
| 43. ISHARES IBOXX USD HIGH YIELD (HYG) | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 44. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 45. VANGUARD SHORT TERM BOND INDEX (VBIRX) | A | Dividend | J | T | Sold (part) | 02/22/19 | K | | |
| 46. VANGUARD TOTAL BOND MARKET INDEX (VBTLX) | B | Dividend | | | Sold | 08/05/19 | L | C | |
| 47. DFA INFLATION PROTECTED SEC FUND (DIPSX) | | None | | | Sold | 02/22/19 | J | | |
| 48. WELLS FARGO SHORT-TERM HIGH YIELD BOND (STYIX) | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 49. WESTERN ASSET CORE BOND FUND (WACSX) | B | Dividend | M | T | Buy | 07/17/19 | L | | |
| 50. | | | | | Buy (add'l) | 08/05/19 | L | | |
| 51. | | | | | Buy (add'l) | 08/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Friot, Stephen P. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/20/19 | K | | |
| 53. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 54. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 55. TRUST #1 (H) | | | | | | | | | |
| 56. ISHARES RUSSELL MID-CAP GROWTH (IWP) (X) | A | Dividend | J | T | | | | | |
| 57. VANGUARD GROWTH ETF (VUG) | A | Dividend | J | T | Sold (part) | 06/19/19 | J | | |
| 58. VANGUARD IND FD MID-CAP (VO) | A | Dividend | J | T | | | | | |
| 59. VANGUARD MID-CAP VALUE INDEX (VOE) | A | Dividend | J | T | | | | | |
| 60. VANGUARD SMALL-CAP ETF (VB) | A | Dividend | J | T | Sold (part) | 02/20/19 | J | | |
| 61. VANGUARD VALUE ETF (VTV) | A | Dividend | J | T | Sold (part) | 03/20/19 | J | | |
| 62. ISHARES CORE MSCI EAFE ETF (IEFA) (Y) | | | | | | | | | |
| 63. ISHARES CORE MSCI EMERGING (IEMG) | A | Dividend | J | T | | | | | |
| 64. ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | A | Dividend | J | T | | | | | |
| 65. VANGUARD FTSE DEVELOPED MARKETS ETF (VEA) | A | Dividend | J | T | Buy (add'l) | 02/20/19 | J | | |
| 66. | | | | | Sold (part) | 10/18/19 | J | | |
| 67. VANGUARD FTSE EMERGING MARKETS (VWO) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 68. NUVEEN INTER DUR MUNI BOND I (NUVBX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friot, Stephen P.** | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    WELLS FARGO MUNICIPAL BOND FD (WMBRX) | A | Dividend | J | T | Buy (add'l) | 07/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friot, Stephen P.** | 07/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 07/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen P. Friot**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544